**MAGISTRATE'S CRIMINAL MINUTES - COMPLAINT**     FILED IN OPEN COURT

| | |
|---|---|
| DATE: | 7-6-2015 @ 2:37 p.m. |
| TAPE: | FTR |
| TIME IN COURT: | 10 minutes |

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | GERRILYN G. BRILL | COURTROOM DEPUTY CLERK: | Denise Moeggenberg |
| CASE NUMBER: | 1:15-mj-541 | DEFENDANT'S NAME: | Jalita Jenera Johnson |
| AUSA: | Jolee Porter | DEFENDANT'S ATTY: | Stephen Johnson |
| USPO / PTR: | David Kelley | ( ) Retained  ( ) CJA  ( X ) FDP  ( ) Waived | |

___ Arrest Date _____

**X** Initial appearance hearing held.

___ Interpreter: _____

### COUNSEL

**X** ORDER appointing Federal Defender as counsel for defendant.    ___ INITIAL APPEARANCE ONLY.

___ ORDER appointing _____ as counsel for defendant.

___ ORDER: defendant to pay attorney's fees as follows: _____

___ ORDER giving defendant _____ to employ counsel.    ( ) Verbal    ( ) Order to follow

### PRELIMINARY HEARING

___ Preliminary hearing set _____ @ _____

**X** Defendant WAIVES preliminary hearing.    **X** WAIVER FILED

___ Preliminary hearing HELD.    ___ Probable cause found; defendant held to District Court

___ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

___ Government motion for detention filed. Pretrial hearing set _____ @ _____

___ Temporary Commitment issued. Remanded to USM.

___ Detention Hearing Held.

___ Government motion for detention  ( ) Granted  ( ) Denied  ( ) Waived  ( ) Withdrawn

___ Pretrial detention ordered.    ___ Written order to follow.

___ Bond Set at _____    ___ NON-SURETY    ___ SURETY

___ cash    ___ property    ___ corporate surety ONLY

**X** SPECIAL CONDITIONS: turnover passport to USPO within 48 hours

**X** Defendant released on conditions only.

___ Bond not executed. Defendant to remain in Marshal's custody.

___ Motion  ( ) verbal  to reduce/revoke bond filed.

___ Motion to reduce/revoke bond    ___ GRANTED    ___ DENIED