AO 468 (1/86) Waiver of Preliminary Examination or Hearing

**FILED IN OPEN COURT**
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

JUL 0 6 2015

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA,

vs.

JALITA JENERA JOHNSON

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NO. 1:15-MJ-541

I, JALITA JENERA JOHNSON, charged in a complaint pending in this District with making a false statement and representation on application to purchase a firearm, in violation of Title 18 U.S.C. § 924(a)(1)(a), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed.R.Crim.P., including my right to have a preliminary examination, do hereby waive (give up) my right to a preliminary examination.

Dated in Atlanta, Georgia this 6th day of July, 2015.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT