ORIGINAL

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Jalita Jenera Johnson | **WARRANT FOR ARREST**<br>AGENT TO ARREST<br><br>Case Number: 1:15-MJ-541 |

TO:   The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Jalita Jenera Johnson

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with: false statement during purchase of a firearm,

in violation of 18, United States Code, Section(s) 924(a)(1)(a).

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 22 2015
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ALAN J. BAVERMAN
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

June 30, 2015
Atlanta, Georgia
Date and Location

Bail Fixed at $ *at first app in N.D.Ga.*    by *[signature]*
                                              Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

75 SPRING STREET, ATLANTA, GA 30303

Date Received: _____

Date of Arrest: 7-6-2015

CHARLES SEABERRY, ATF SA
Name and Title of Arresting Officer

*[signature]*
Signature of Arresting Officer