FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 0 7 2015

James N. Hatten, Clerk
By: *Almee Moggenberg*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JALITA JENERA JOHNSON | Criminal Information<br><br>No. 1:15-cr-293 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 23, 2015, in the Northern District of Georgia, the defendant, JALITA JENERA JOHNSON, did knowingly make a false statement and representation to Arrowhead Pawn Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Arrowhead Pawn Shop, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms' Transaction Record, to the effect that she, JOHNSON, was the actual buyer and transferee of the firearm, whereas in truth and in fact, Marcus Wheeler was the actual buyer and transferee of the firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Forfeiture

Upon conviction of the offense alleged in the sole Count of this Information, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

(a) Glock pistol, model 19, 9mm caliber, serial number ADG904US;

(b) Two boxes of 9mm caliber ammunition; and

(c) A 50 round 9mm drum magazine.

If, as a result of any act or omission of the defendant(s), any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of the defendants up to the value of the forfeitable property or seek a money judgment against said defendants for any amount that would constitute the proceeds of such violation.

JOHN A. HORN
  *Acting United States Attorney*

*/s/ M. L. Webb*
MARY L. WEBB
  *Assistant United States Attorney*
Georgia Bar No. 940420

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181