**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
   **PLEA AND**
      **SENTENCE**



Time in Court: _____ Hrs  14 Min

Filed in Open Court:   Date: 8/7/2015   Time: 11:25   Tape: FTR

Magistrate (presiding): **GERRILYN G. BRILL**   Deputy Clerk: **Denise Moeggenberg**

Case Number: 1:15-cr-293   Defendant's Name: Jalita Jenera Johnson
AUSA: Mary Web   Defendant's Attorney: Stephen Johnson
USPO/PTR: N/A   Type Counsel: ( ) Retained  ( ) CJA  (X) FPD  ( ) Waived

____ ARREST DATE: _____
____ INTERPRETER: _____

**X** INITIAL APPEARANCE HEARING. ( ) In THIS DISTRICT   Dft in custody? ( ) Yes   (X) No
____ Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.
____ ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY.
____ ORDER appointing _____ as counsel.
____ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)
____ Dft to pay attorney fees as follows: _____
**X** INFORMATION filed.   **X** WAIVER OF INDICTMENT filed.
**X** Copy information given to dft? (X) Yes   ( ) No   Read to dft? ( ) Yes  ( ) No  (X) Prior to Hrg
____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
____ ARRAIGNMENT HELD.   ( ) Superseding indictment / information   ( ) Dft's WAIVER of appearance filed.
____ Arraignment continued to _____ at _____ Request of ( ) Govt   ( ) Dft
____ Dft enters PLEA OF NOT GUILTY.   ( ) Dft stood mute; plea of NOT GUILTY entered.
____ PLEA OF GUILTY / NOLO entered as to count(s) _____
____ Negotiated plea between government and defendant filed.
**X** ASSIGNED TO JUDGE  Ross   for ( ) trial   (X) arraignment/sentence.
____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.
____ Estimated trial time: _____ days.   ( ) SHORT   ( ) MEDIUM   ( ) LONG
____ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____
**X** Previous conditions of bond to remain