FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 0 7 2015

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Jalita Jenera Johnson | **WAIVER OF INDICTMENT**<br><br>Criminal Action No. 1:15-CR-293 |

I, Jalita Jenera Johnson, the above named defendant, who is accused of false statement during purchase of a firearm in violation of 18 U.S.C. § 924(a)(1)(A), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 7, 2015 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Jalita Jenera Johnson
Defendant

_____
Stephen R. Johnson
Counsel for Defendant

Before _____
Judicial Officer